UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAVIA BUCHANAN,

       Plaintiff,

                           Case No: 1:24-cv-1133

v.

                           HON. ROBERT J. JONKER

KALAMAZOO DEPARTMENT
OF PUBLIC SAFETY et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 14, 2026 (ECF No. 6). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED**.

Dated:   May 12, 2026          /s/ Robert J. Jonker
                                 ROBERT J. JONKER
                                 UNITED STATES DISTRICT JUDGE